UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DEAN STARKEY, et al., | Case No. 8:20-cv-00280-JVS (JDEx) |
| Plaintiffs, | ORDER TO SHOW CAUSE RE FAILURE TO TIMELY SUBMIT SETTLEMENT CONFERENCE STATEMENT |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC, et al., | |
| Defendants. | |

Per the Order of the Honorable James V. Selna, District Judge, and the joint request of the parties, the undersigned issued an order on June 24, 2020 setting a Settlement Conference on July 16, 2020, starting at 10:00 a.m. and ordering the parties to submit by email to chambers a Settlement Statement and Key Term Sheet by no later than seven days before the start of the Settlement Conference, that is, by July 9, 2020. See Dkt. 78 ("Order"). As noted in the Order, "[c]onsideration of settlement is a serious matter that requires thorough preparation before the Settlement Conference." Order at 1. Plaintiffs provided their Settlement Conference Statement and Key Term Sheet in compliance with the Order. Defendant Rushmore Loan Management Services LLC ("Rushmore") did not.

IT IS THEREFORE ORDERED THAT RUSHMORE shall, by noon on July 13, 2020, show cause in writing why sanctions should not be imposed for its failure to comply with the Order as set forth above. Rushmore may comply with this order by providing a compliant Settlement Conference Statement and Key Term Sheet by email to chambers of the undersigned at JDE_Chambers@cacd.uscourts.gov by noon on July 13, 2020.

IT IS SO ORDERED.

Dated: July 10, 2020

JOHN D. EARLY
United States Magistrate Judge